Clerk, Crim. Ct. App.

July 9th, 2015
Douglas Rivera
BIC unit 1760730
9601 Spur 591
Amarillo, TX 79107

82,969-01,02,03
04,05

Ref: C.C.A No. WR 82969-01
9th Ct. App No 09-11-00676-CR
Trial Case No 100-85440

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 13 2015

Abel Acosta, Clerk

update

Dear Clerk:

I'm seeking to obtain an update on the above referenced case whether it's been set on the docket for oral Arguments or whether its been Granted. Any updated information will be appreciated. Thanks for your diligency to this matter.

Truly Yours,
Douglas Rivera